PER CURIAM.
AFFIRMED. See Dailey v. State, 488 So.2d 532 (Fla.1986); Williams v. State, 566 So.2d 299 (Fla. 1st DCA 1990) (fn. 2) aff'd 581 So.2d 144 (Fla.1991); Forehand v. State, 524 So.2d 1054 (Fla. 1st DCA 1988) aff'd 537 So.2d 103 (Fla.1989); Stewart v. State, 511 *672 So.2d 375 (Fla. 1st DCA 1987); Lomont v. State, 506 So.2d 1141 (Fla. 2d DCA 1987).
JOANOS, WOLF and WEBSTER, JJ., concur.